AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Kansas   ▾

| | |
|---|---|
| LANCE BOND <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> CBRE, INC. <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 2:20-cv-02403 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CBRE, Inc.
RA: The Corporation Commission
112 SW 7th Street, Suite 3C
Topeka, KS 66603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Danielle N. Davey
Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC
534 S. Kansas Avenue, Ste 1000
Topeka, KS 66603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____

                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-02403

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CBRE, Inc., RA: The Corporation Commission

was received by me on *(date)*  August 17, 2020 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*: Service by Certified Mail, Return Receipt on the 19th day of August, 2020,
pursuant to F.R.C.P. 4(e)(1), KSA 60-303 and 60-301.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: August 25, 2020

_____
*Server's signature*

Danielle N. Davey, Attorney for Plaintiff
*Printed name and title*

Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC
534 S. Kansas Avenue, Suite 1000
Topeka, KS 66603

_____
*Server's address*

Additional information regarding attempted service, etc:

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70200090000062536383

Remove ✕

Your item was delivered at 6:32 am on August 19, 2020 in TOPEKA, KS 66618.

## ⊘ Delivered

August 19, 2020 at 6:32 am
Delivered
TOPEKA, KS 66618

**Get Updates** ⌄

Feedback

Text & E...                                                                ⌄

Tracking                                                                    ⌃



August 19
Delivered
TOPEKA,
Your item

August 19
Arrived at
TOPEKA,