## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LANCE BOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:20-cv-02403 |
| | ) |
| CBRE, INC., | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this lawsuit are hereby dismissed with prejudice and that each party shall bear his or its own costs and fees.

Dated this 30th day of June, 2021.

| | |
|---|---|
| SLOAN, EISENBARTH, GLASSMAN, McENTIRE & JARBOE, LLC | FIELDS & BROWN, LLC |
| 534 S. Kansas Avenue, Ste 1000 | 300 E 39th Street, Suite LL1F |
| Topeka, KS 66603 | Kansas City, MO 64111 |
| (785) 357-6311 | (816) 474-1700 |
| (785) 357-0152 Fax | (816) 421-6239 Fax |
| | |
| BY: /s/Danielle N. Davey | BY /s/J. David Bowers |
| Danielle N. Davey, #24205 | J. David Bowers, #70467 |
| ddavey@sloanlawfirm.com | dbowers@fieldsandbrown.com |
| Attorney for Plaintiff | Attorneys for Defendant |